**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| David L. Meador, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Pat Branson, | ) | |
| | ) | Case No. 1:10-cv-059 |
| Respondent. | ) | |

On September 13, 2010, Respondent filed a Motion for Leave to File Under Seal. Therein it requested leave to file under seal the Barnes County District Court Pre-Sentence Investigation ("PSI") in the case <u>State of North Dakota v. David Lynn Meador</u>, Barnes County Crim. No. 08-K-0291. The court **GRANTS** Respondent's motion (Docket No. 8). The court further **ORDERS** that instead of serving petition with either the PSI or any addendums to the PSI, respondent make copies of these documents available for petitioner's inspection at the North Dakota State Penitentiary.

**IT IS SO ORDERED.**

Dated this 13th day of September, 2010.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge