# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| David L. Meador, | ) | |
| | ) | **ORDER** |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Pat Branson, | ) | Case No. 1:10-cv-059 |
| | ) | |
| Respondent. | ) | |

The court hereby **ORDERS** that the respondent file the following additional material from the state court record within ten days:

1. the docket sheet from the North Dakota Supreme Court for Meador's appeal;

2. the trial transcript if one has been prepared;

3. defendant's requested jury instructions (district court doc. no. 37);

4. State's proposed jury instructions (district court doc. no. 40);

5. the jury instructions requested by Meador as referenced in the North Dakota Supreme Court's opinion and also the proposed jury instructions referenced in the district court's hearing on August 6, 2009, if different from what already requested (ex. 19 in this action);

6. the jury instructions that the trial court gave the jury (possibly district court doc. no. 62);

7. any prepared transcripts during which there was any discussion of the proposed jury instructions that have not already been submitted;

8. docket no. 30 from the Supreme Court's docket sheet;

9.        the appendices filed by the parties with the Supreme Court which may be supplied in electronic format by submission of a disk;

Dated this 14th day of April, 2011.

>                                */s/ Charles S. Miller, Jr.*
>                                Charles S. Miller, Jr., Magistrate Judge
>                                United States District Court